UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA    '08 MJ 8660

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Maria Bernadita Espinosa-Pareda,<br><br>    Defendant. | MAGISTRATE CASE NO.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., Sections 111 & 1114<br>Assault on a Federal Officer (Felony) |

The undersigned complainant, being duly sworn, states:

That on or about July 17, 2008, within the Southern District of California, defendant Maria Bernadita Espinoza-Pareda, did willfully and forcibly assault, resist, oppose, impede or interfere with a person named in Title 18, United States Code, Section 1114, to wit, Deputy United States Marshal Jeryl Isaac was engaged in the performance of his official duties; in violation of Title 18, United States Code, Sections 111.

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Roberto Vazquez
Deputy United States Marshal
United States Marshals Service

SWORN TO ME AND SUBSCRIBED IN MY PRESENCE THIS 18TH DAY OF July 2008.

PETER C. LEWIS
U. S. Magistrate Judge

UNITED STATES OF AMERICA
v.
Maria Bernadita Espinoza-Pareda

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to Deputy United States Marshal Roberto Vazquez.

On July 17, 2008, at approximately 1535 hours, Maria Bernandita Espinoza-Pareda physically assaulted Deputy United States Marshal Jeryl Isaac while the United States Magistrate court was in session.

During a Preliminary Hearing held at the United States Courthouse in El Centro, California, defendant Maria Bernandita Espinoza-Pareda became confrontational in court by verbally speaking out towards Magistrate Judge Peter C. Lewis and Assistant United States Attorney John F. Weis. Deputy United States Marshal Jeryl Isaac, concerned for the safety and security of the court, asked Maria Bernandita Espinoza-Pareda to refrain from her aggressive behavior. Maria Bernandita Espinoza-Pareda stated to Deputy United States Marshal Jeryl Isaac, "Fuck you bitch" and slapped his face with her open hand causing his eye glasses to fall to the floor. In order to maintain the safety and security of the court, Deputy United States Marshal Jeryl Isaac subdued Maria Bernandita Espinoza-Pareda by placing handcuff restraints on her. Maria Bernandita Espinoza-Pareda was escorted out the courtroom and placed in an empty cell to avoid subsequent incidents.