# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
            vs )
Maria Bernadita )
Espinosa - Pareda )

CASE NUMBER ___08mj 8609 / 08mj 8660___

ABSTRACT OF ORDER

Booking No. ___96693198___

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

    Be advised that under date of ___7/31/08___

the Court entered the following order:

____✓____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

       and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

       _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

____✓____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

                              LOUISA S. PORTER

                            UNITED STATES MAGISTRATE JUDGE

                                  OR

Received _____     by _____

      DUSM                               Deputy Clerk

Crim-9    (Rev 6-95)

                                       ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY                                 R. F. MESSIG